IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARCUS YANO, | ) | CV 11-00745 SOM-BMK |
| Plaintiff, | ) | |
| vs. | ) | FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION TO REMAND BE DENIED |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 23, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations Findings and Recommendation That Plaintiff's Motion to Remand be Denied " are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 9, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge